UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re Application of FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,

CASE NO. : 1:22-MC-91099-IT

Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Procceding.

## AFFIDAVIT OF SERVICE

State of Massachusetts }
County of Suffolk }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Massachusetts,

That on **03/21/2022** at **1:35 PM** at **84 State Street, Boston, MA 02109**

deponent served **Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding, Civil Cover Sheet, JS45 Category Form, [Proposed] Order Granting Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery of Bain & Company, Inc. and Bain & Company China, Inc. for Use in a Foreign Proceeding, Memorandum of Law in Support of Petitioners' Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding, Declaration of Duane L. Loft in Support of Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery From Bain & Company, Inc. and Bain & Company China, Inc. for Use in a Foreign Proceeding with Exhibits 1-10, Declaration of Marc Kish in Support of the Ex Parte Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 Exhibit A, Expert Declaration of Justice Ingrid Mangatal in Support of The Ex Parte Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 with Exhibits 1-9, Order Regarding Motion for Discovery Pursuant to 28 U.S.C. § 1782**

on **Bain & Company, Inc.**, a domestic Corporation, c/o Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **Jim DiVincenzo (authorized to accept service)** personally.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Gray
Age : 51 - 65 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
22nd day of March, 2022

_____
NOTARY PUBLIC

LYNN C. DEWSNAP
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 01/08/2027

_____
William H. Dewsnap, III

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160