UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 22-mc-91099-IT |

**AFFIDAVIT OF SERVICE**

I, Brianna S. Hills, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am counsel to Petitioners in this action. My application for admission *pro hac vice* is forthcoming.

2. Pursuant to the Court's March 18, 2022 Order, [ECF No. 8], Petitioners elected to serve the following documents on 58.com: (a) Petitioners' Application for an Order Pursuant to 28 U.S.C. § 1782 [ECF No. 1]; (b) the Petitioners' Motion for Discovery Pursuant to 28 U.S.C. § 1782 [ECF No. 2]; (c) Declaration of Duane L. Loft [Doc No. 3] and attached Exhibits; (d) Declaration of Marc Kish [ECF No. 4] and attached Exhibit; (e) Declaration of Justice Ingrid Mangatal [ECF No. 5] and attached Exhibits; and (f) the Court's Order [ECF No. 8].

3. On March 21, 2022, I made service of the above documents via email to Mac Imrie, Caroline Moran, and Malachi Sweetman of Maples Group, who are counsel to 58.com in the Appraisal Proceeding, and by agreement, were authorized to receive them for the specific purpose of serving 58.com with the originating papers and the Court's order in this proceeding. Counsel for 58.com subsequently confirmed receipt via email on March 22, 2022.

1

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2022 at New York, New York.

                                                   */s/ Brianna S. Hills*

                                                   Brianna S. Hills