IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 1:22-mc-91099-IT |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF
CHRISTINE MACKINTOSH AND IRA A. SCHOCHET**

Pursuant to Local Rule 83.5.3, Stephen D. Riden, a member of the bar of this Court and attorney for Petitioners FourWorld Event Opportunities, LP and Genesis Emerging Markets Investment Company, hereby moves for the admission *pro hac vice* of Christine Mackintosh of Grant & Eisenhofer P.A. and Ira A. Schochet of Labaton Sucharow LLP.  As grounds for this Motion, the movant states that:

1. Christine Mackintosh is a Partner with the law firm of Grant & Eisenhofer P.A., 123 S. Justison Street, Wilmington, DE 19801, Tel: (302) 622-7081, and is a member in good standing of the State Bar of Delaware.  She is also a member in good standing of the following courts:  Pennsylvania, U.S.D.C. EDPA, USDC EDCA and U.S.D.C. DE.

2. In further support of this motion, movant submits as **Exhibit 1** the Certification of Christine Mackintosh stating that she is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; she has not previously had a *pro hac vice* admission in this Court

(or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and that she has read and agrees to comply with the Local Rules of this Court.

      3.     Ira A. Schochet is a Partner with the law firm of Labaton Sucharow LLP, 140 Broadway, New York, NY 10005, Tel: (212) 907-0864 and is a member in good standing of the State Bar of New York (Bar No. 1858265).  He is also a member in good standing of the following courts:  The United States Court of Appeals for the 2nd Circuit, The United States Court of Appeals for the 5th Circuit, The United States Court of Appeals for the 9th Circuit, The United States Court of Appeals for the 10th Circuit, The United States District Court for the District of Colorado, The United States District Court for the Western District of Michigan, The United States District Court for the Eastern District of New York (Registration No. IS-2187), and The United States District Court for the Southern District of New York (Registration No. IS-2187).

      4.     In further support of this motion, movant submits as **Exhibit 2** the Certification of Ira A. Schochet stating that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; he has not previously had a *pro hac vice* admission in this Court (or other admission for a limited purpose under Local Rule 83.5.3); and that he has read and agrees to comply with the Local Rules of this Court.

    WHEREFORE, movant Stephen D. Riden, counsel for Petitioners, respectfully requests that this Court grant the admission of Christine Mackintosh and Ira A. Schochet *pro hac vice* to the Bar of this Court.

| | |
|---|---|
| Dated: April 1, 2022 | */s/ Stephen D. Riden* <br> Russell Beck (BBO No. 561031) <br> Stephen D. Riden (BBO No. 644451) <br> BECK REED RIDEN LLP <br> 155 Federal Street, Suite 1302 <br> Boston, MA 02110 <br> Telephone: (617) 500-8672 / (617) 500-8665 Fax <br> rbeck@beckreed.com & sriden@beckreed.com <br> <br> *Attorneys for Petitioner* |

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that on March 29, 2022, counsel for Petitioners has conferred with counsel for Respondents in an attempt to narrow or resolve the issues presented in the foregoing Motion and state that counsel for Respondents indicated that Respondents assent to this Motion.

Dated: April 1, 2022

*/s/ Stephen D. Riden*
Stephen D. Riden

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any party or counsel of record who is not a registered participant of the Court's ECF system.

Dated: April 1, 2022

*/s/ Stephen D. Riden*
Stephen D. Riden