## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 1:22-mc-91099-IT |

### ASSENTED-TO MOTION FOR ADMISSION
### *PRO HAC VICE* OF DUANE L. LOFT, AMY L. NEUHARDT, BRIANNA S. HILLS AND WILLIAM J. HARVEY

Pursuant to Local Rule 83.5.3, Stephen D. Riden, a member of the bar of this Court and attorney for Petitioners FourWorld Event Opportunities, LP and Genesis Emerging Markets Investment Company, hereby moves for the admission *pro hac vice* of Duane L. Loft, Amy L. Neuhardt, Brianna S. Hills and William J. Harvey of Boies Schiller Flexner LLP.  As grounds for this Motion, the movant states that:

1.      Duane L. Loft is a Partner with the law firm of Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY 10001, Tel: (212) 446-2300, and is a member in good standing of the State Bar of New York.  He is also a member in good standing of the following courts:  U.S. District Court for the Southern District of New York; U.S. District Court for the Eastern District of Michigan; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Third Circuit; U.S. Court of Appeals, Sixth Circuit; and U.S. Court of Appeals, Seventh Circuit.

2.      In further support of this motion, movant submits as **Exhibit 1** the Certification of Duane L. Loft stating that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in

any jurisdiction; he has not previously had a *pro hac vice* admission in this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and that he has read and agrees to comply with the Local Rules of this Court.

3. Amy L. Neuhardt is a Partner with the law firm of Boies Schiller Flexner LLP, 1401 New York Avenue, N.W., Washington, DC 20005, Tel: (202) 237-2727, and is a member in good standing of the State Bars of New York and Virginia and the District of Columbia Bar. She is also a member in good standing of the following courts:  U.S. District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York; U.S. District Court for the Western District of Louisiana; U.S. District Court for the Eastern District of Louisiana; U.S. District Court for the District of Columbia; U.S. Court of Appeals, First Circuit; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Fourth Circuit; U.S. Court of Appeals, Fifth Circuit; U.S. Court of Appeals, Sixth Circuit; and U.S. Court of Appeals, Ninth Circuit; U.S. Court of Appeals, DC Circuit; U.S. Court of Appeals, Federal Circuit; and United States Supreme Court.

4. In further support of this motion, movant submits as **Exhibit 2** the Certification of Amy L. Neuhardt stating that she is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; she has not previously had a *pro hac vice* admission in this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and that she has read and agrees to comply with the Local Rules of this Court.

5. Brianna S. Hills is an Associate with the law firm of Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY 10001, Tel: (212) 446-2300, and is a member in good standing of the State Bar of New York.  She is also a member in good standing of the following courts:

U.S. District Court for the Eastern District of Michigan; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Sixth Circuit; and U.S. Court of Appeals, Eleventh Circuit.

6.      In further support of this motion, movant submits as **Exhibit 3** the Certification of Brianna S. Hills stating that she is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; she has not previously had a *pro hac vice* admission in this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and that she has read and agrees to comply with the Local Rules of this Court.

7.      William J. Harvey is an Associate with the law firm of Boies Schiller Flexner LLP, 1401 New York Avenue, N.W., Washington, DC 20005, Tel: (202) 237-2727 and is a member in good standing of the State Bar of New York.  He is also a member in good standing of the following courts:  U.S. District Court for the Southern District of New York.

8.      In further support of this motion, movant submits as **Exhibit 4** the Certification of William J. Harvey stating that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; he has not previously had a *pro hac vice* admission in this Court (or other admission for a limited purpose under Local Rule 83.5.3); and that he has read and agrees to comply with the Local Rules of this Court.

WHEREFORE, movant Stephen D. Riden, counsel for Petitioners, respectfully requests that this Court grant the admission of Duane L. Loft, Amy L. Neuhardt, Brianna S. Hills and William J. Harvey *pro hac vice* to the Bar of this Court.

Dated: April 1, 2022

*/s/ Stephen D. Riden*
Russell Beck (BBO No. 561031)
Stephen D. Riden (BBO No. 644451)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: (617) 500-8672 / (617) 500-8665 Fax
rbeck@beckreed.com & sriden@beckreed.com

*Attorneys for Petitioner*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that on March 29, 2022, counsel for Petitioners has conferred with counsel for Respondents in an attempt to narrow or resolve the issues presented in the foregoing Motion and state that counsel for Respondents indicated that Respondents assent to this Motion.

Dated:  April 1, 2022

*/s/ Stephen D. Riden*
Stephen D. Riden

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any party or counsel of record who is not a registered participant of the Court's ECF system.

Dated: April 1, 2022

*/s/ Stephen D. Riden*
Stephen D. Riden